UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN J. JOHNSON,

                              Plaintiff,

                                                     No. 9:12-CV-0210
          -v-                                      (DNH/TWD)

BRIAN FISCHER; and HAROLD H. GRAHAM,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

KEVIN J. JOHNSON, 98-B-0132
Plaintiff pro se
Wyoming Correctional Facility
P.O. Box 501
Attica, NY 14011

HON. ERIC T. SCHNEIDERMAN         CATHY Y. SHEEHAN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

# **DECISION and ORDER**

       Pro se plaintiff Kevin J. Johnson brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On August 5, 2014, the Honorable Thérèse Wiley Dancks, United States Magistrate

Judge, advised by Report-Recommendation that defendants' motion for summary judgment

pursuant to Federal Rule of Civil Procedure 56 be granted and plaintiff's complaint be

dismissed. Plaintiff timely filed objections to the Report-Recommendation.

       Based upon a de novo review of the portions of the Report-Recommendation to which

plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Plaintiff's complaint is DISMISSED in its entirety; and

3. The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules and close the file.

IT IS SO ORDERED.

_United States District Judge_

Dated: February 17, 2015
      Utica, New York.